**DISMISS and Opinion Filed February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01352-CV

### CHESTER CARR II AND ALL OCCUPANTS
### OF 1163 SOPHIA STREET, ALLEN, TEXAS 75013, Appellants
### V.
### JP MORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-00510-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellee's motion to dismiss the appeal. Appellee contends the appeal should be dismissed for want of prosecution. Appellants did not file a response to appellee's motion.

In a letter dated December 31, 2013, the Court informed appellants that they had received notice from the Collin County Clerk that the clerk's record had not been filed because they had not paid or made arrangements to pay the fee. We instructed appellants to file, within ten days, either written verification that appellants have paid or made arrangements to pay the clerk's fee or written documentation that they have been found to be entitled to proceed without advance payment of costs. We cautioned appellants that if we did not receive the required documentation within the time specified the Court might dismiss the appeal. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellants have not responded to our request for documentation regarding payment for the clerk's record. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) & 42.3(b).

1313532F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHESTER CARR II AND ALL
OCCUPANTS OF 1163 SOPHIA STREET,
ALLEN, TEXAS 75013, Appellants

No. 05-13-01352-CV      V.

JP MORGAN CHASE BANK, N.A.,
Appellee

On Appeal from the County Court at
Law No. 2, Collin County, Texas.
Trial Court Cause No. 002-00510-2013.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

    In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

    It is **ORDERED** that appellee, JP MORGAN CHASE BANK, N.A., recover its costs of this appeal from appellants, CHESTER CARR II AND ALL OCCUPANTS OF 1163 SOPHIA STREET, ALLEN, TEXAS 75013.

Judgment entered February 27, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE